UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

United States of America,
    Plaintiff(s),

v.                                          Case No. 4:24-cv-729

Orlando Askins et al.,
    Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff the United States of America__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Carlos Abrego, C.A. Process Service__
(name and address of process server)

__14401 Sylvan St., Ste. 106__

__Van Nuys, CA 91401__

To serve: __Orlando Askins, The Askins Development Group, LLC and Shaw Holding Group LLC__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__05/24/2024__                                  __/s/ Eric D. Albert__
(date)                                          (attorney for Plaintiff)

                                                _____
                                                (attorney for Defendant)