# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 4:24-cv-729-SEP |
| v. ) | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| ORLANDO ASKINS, THE ASKINS DEVELOPMENT GROUP, LLC, and SHAW HOLDING GROUP LLC, ) | |
| Defendants. ) | |

**PLEASE TAKE** NOTICE that Attorney Rachel Fullmer hereby withdraws her appearance in this case. Attorney Zachary Moor will remain as counsel for Plaintiff the United States of America.

Respectfully submitted,

*/s/ Rachel Fullmer*
Rachel Fullmer
Trial Attorney
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-3560
E-mail: Rachel.Fullmer@usdoj.gov
Bar No: 1021325 (DC)