**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>ORLANDO ASKINS, THE ASKINS DEVELOPMENT GROUP, LLC, and SHAW HOLDING GROUP, LLC,<br><br>Defendants. | ) | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 4:24-cv-0729 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO: All Counsel of Record;

AND TO: Clerk of the Court.

**PLEASE TAKE NOTICE** that Attorney Zachary N. Moor hereby provides notice of withdrawal as counsel for the United States in the above-captioned case. Attorney Eric Albert will remain as counsel for Plaintiff the United States of America.

DATED: August 26, 2026

/s/ *Zachary N. Moor*
ZACHARY N. MOOR (MA Bar No. 681469)
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3394
zachary.moor@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I electronically filed and served the foregoing Notice of Withdrawal with the Clerk of the Court for the United States District Court for the Eastern District of Missouri using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Zachary N. Moor*
Zachary N. Moor
Senior Attorney
U.S. Department of Justice